NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

v.

**MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, JVC AMERICAS CORPORATION, VIVITAR CORPORATION, PETTERS GROUP WORLDWIDE, LLC, POLAROID CONSUMER ELECTRONICS, LLC, POLAROID HOLDING COMPANY,** AND **POLAROID CORP.,**
*Defendants,*

AND

**RESEARCH IN MOTION LTD.** AND **RESEARCH IN MOTION CORP,**
*Defendants-Appellees.*

---

2012-1652, -1653, -1654

---

Appeals from the United States District Court for the District of Delaware in case nos. 04-CV-1436, 06-CV-0404, and 08-CV-0371, Judge Leonard P. Stark.

ST. CLAIR INTELLECTUAL PROP v. MATSUSHITA ELECTRIC          2
INDUST

---

## ON MOTION

---

## O R D E R

The court treats the motion of St. Clair Intellectual Property Consultants, Inc. to dismiss Nokia Corporation, Nokia, Inc., Hewlett-Packard Company, Kyocera Wireless Corporation, Kyocera Communications, Inc., Palm, Inc., HTC Corporation, HTC (BVI) Corp. and HTC America, Inc. as defendants-appellees as a motion to reform the caption.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  The revised official caption is reflected above.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26